UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA FARM BUREAU INSURANCE as Subrogee of Kenneth Beckley and Peggy Beckley, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 1:19-cv-1568 |
| vs. | ) ) ) |
| AMAZON.COM, INC., GUANGDONG FEILUN TECHNOLOGY INDUSTRIAL CO., LTD., SOWOFA US STORE F/K/A SOWOFA ClUB, | ) ) ) ) ) |
| Defendants. | |

## COMPLAINT

Comes now Plaintiff, Indiana Farm Bureau Insurance as Subrogee of Kenneth Beckley and Peggy Beckley, by counsel, and in support of its Complaint against Defendants, Amazon.com, Inc., Guangdong Feilun Technology Industrial Co., Ltd., SOWOFA US Store f/k/a SOWOFA ClUB (collectively "Defendants"), alleges and states as follows:

## PARTIES

1. Plaintiff, Indiana Farm Bureau Insurance, is an Indiana "Domestic Insurance Corporation" duly authorized to issue insurance policies in the State of Indiana, domiciled in the State of Indiana, with its principal place of business in Indianapolis, Indiana.

2. Kenneth Beckley and Peggy Beckley are individuals who, at all times relevant, resided in Carmel, Indiana.

3. Defendant, Amazon.com, Inc., is a corporation organized and existing under the laws of Delaware, with its principal place of business in Seattle, Washington, who routinely does business in, and receives economic benefit from, the sale of products to retail consumers in the State of Indiana.

4. Defendant, Guangdong Feilun Technology Industrial Co., Ltd., is a company organized and existing in the Guangdong Province of China, with its principal place of business located in Shantou, China, who routinely does business in, and receives economic benefit from, the sale of products to retail consumers in the State of Indiana.

5. Defendant, SOWOFA US Store is formerly known as SOWOFA ClUB, and is a company organized and existing in the Guangdong Province of China, with its principal place of business located in Shantou, China, who routinely does business in, and receives economic benefit from, the sale of products to retail consumers in the State of Indiana through the Amazon.com website.

6. At all times material herein, Guangdong Feilun Technology Industrial Co., Ltd. was in the business of designing, manufacturing, testing, marketing, distributing and selling products, including, but not limited to, remote control boats.

7. At all times material herein, Amazon.com, Inc. and SOWOFA US Store f/k/a SOWOFA ClUB were in the business of distributing and selling products in the United States, including, but not limited to, remote control boats.

## VENUE AND JURISDICTION

8. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 as the matter in controversy in this matter exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states and countries.

9. Indiana Farm Bureau Insurance is a citizen of Indiana; Amazon.com, Inc. is a citizen of Delaware; Guangdong Feilun Technology Industrial Co., Ltd is a citizen of China; and SOWOFA US Store f/k/a SOWOFA ClUB is a citizen of China. Thus, the controversy in this action is between citizens of different states and countries.

## FACTS

10. On February 16, 2018, Defendant Amazon.com, Inc., operated a website (commonly known as "Amazon.com") selling products to consumers in Indiana.

11. Defendant Amazon.com, Inc. receives payment from the consumers upon the sale of products by Amazon.com.

12. On February 16, 2018, SOWOFA ClUB was a merchant marketing, promoting, advertising, distributing and selling products via Amazon.com.

13. Prior to February 16, 2018, Guangdong Feilun Technology Industrial Co., Ltd. designed, manufactured, tested, marketed, distributed and sold a Feilun FT 011 2.4 G remote control racing boat which included lithium batteries ("the Feilun RC boat set").

14. Prior to February 16, 2018, the Feilun RC boat set was distributed by and/or sold to SOWOFA ClUB, who then marketed, promoted and advertised the Feilun RC boat set for sale on Amazon.com.

15. Guangdong Feilun Technology Industrial Co., Ltd., SOWOFA ClUB, and Amazon.com, Inc. all placed the Feilun RC boat set in the stream of commerce in the State of Indiana.

16. Guangdong Feilun Technology Industrial Co., Ltd., SOWOFA ClUB, and Amazon.com, Inc. all actively acted to avail themselves of the market of consumers in the State of Indiana.

17. On February 16, 2018, Kenneth Beckley purchased the Feilun RC boat set manufactured by Guangdong Feilun Technology Industrial Co., Ltd. from SOWOFA ClUB via Amazon.com, Inc.

18. Kenneth Beckley conducted the February 16, 2018 transaction in Indiana, and fulfillment of the Feilun RC boat set Order by Defendants was made to Beckley's residence in Carmel, Indiana.

19. On or about March 14, 2018, the Feilun RC boat set was delivered to Kenneth Beckley at the subject residence in Carmel, Indiana.

20. Kenneth Beckley used the Feilun RC boat set in Indiana.

21. On May 2, 2018, the Feilun RC boat set was inside the Beckley's residence located in Carmel, Indiana when the Feilun RC boat set suddenly, and without warning, caught fire, causing damages to real and personal property owned by the Beckleys.

22. Defendants are engaged in the business of designing, manufacturing, assembling, constructing, engineering, fabricating, inspecting, producing, marketing, distributing, selling and/or profiting from the sale of the Feilun RC boat set.

23. As a proximate result of the defective and unreasonably dangerous Feilun RC boat set, a fire occurred at the Beckley's residence, resulting in damages being incurred by Plaintiff.

24. At all times relevant, Indiana Farm Bureau Insurance had in full force and effect an insurance policy which provided coverage for the fire and loss involved.

25. Pursuant to the terms of the aforementioned insurance policy, Indiana Farm Bureau Insurance tendered benefits for damages resulting from the fire loss noted above and is, therefore, subrogated to the rights of its insured in this action, to the extent of its payments.

## COUNT I –PRODUCT LIABILITY

26. Plaintiff re-alleges and incorporates rhetorical paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. At all relevant times, Defendant, Guangdong Feilun Technology Industrial Co., Ltd. designed, manufactured, assembled, constructed, engineered, fabricated, assembled, marketed, distributed, sold, and expressly warranted the Feilun RC boat set and are engaged in the business of selling the Feilun RC boat set.

28. As designers, engineers, assemblers, fabricators, producers, constructors, packagers, labelers, manufacturers, distributors, sellers and warrantors of the Feilun RC boat set, Defendant, Guangdong Feilun Technology Industrial Co., Ltd. is strictly liable to Plaintiff in the event the Feilun RC boat set is defective and unreasonably dangerous and such defect(s) proximately caused Plaintiff's damages.

29. The subject product was defective and unreasonably dangerous in that:

   a. Kenneth Beckley and Peggy Beckley are in the class of persons that Defendant should reasonably foresee as being subject to harm caused by the defective Feilun RC boat set;
   b. The Feilun RC boat set was expected to and did reach the consumer without substantial alteration in the condition in which the Feilun RC boat set was sold;
   c. The defective and unreasonably dangerous condition of the Feilun RC boat set existed at the time the Feilun RC boat set left Defendant's control; and
   d. The defective and unreasonably dangerous condition of the Feilun RC boat set was the proximate cause of the fire at issue and Plaintiff's damages.

30. Defendant, Guangdong Feilun Technology Industrial Co., Ltd. sold or otherwise put into the stream of commerce the Feilun RC boat set in a defective condition unreasonably dangerous to any user or consumer or to the user's or consumer's property.

31. Defendants Amazon.com, Inc. and SOWOFA ClUB sold or otherwise put into the stream of commerce the Feilun RC boat set in a defective condition unreasonably dangerous to any user or consumer or to the user's or consumer's property.

32. As the sellers and distributors of the Feilun RC boat set, Defendants Amazon.com, Inc. and SOWOFA ClUB are strictly liable to Plaintiff in the event the Feilun RC boat set is defective and unreasonably dangerous and such defect(s) proximately caused Plaintiff's damages.

33. Defendants Amazon.com, Inc. and SOWOFA ClUB are manufacturers of the Feilun RC boat set to the extent this Court is unable to hold jurisdiction over Guangdong Feilun Technology Industrial Co., Ltd.

34. As designed and/or manufactured, the Feilun RC boat set was defective and unreasonably dangerous to ordinary consumers using the Feilun RC boat set for its intended and/or reasonably foreseeable manner.

35. As labeled and packaged, the Feilun RC boat set was defective and unreasonably dangerous to consumers using the Feilun RC boat set for its intended and/or reasonably foreseeable manner.

36. The Feilun RC boat set and its components failed to perform safely as an ordinary consumer would expect when using the Feilun RC boat set for its intended use and/or in a reasonably foreseeable manner.

37. As a direct and proximate result of the defective condition of the Feilun RC boat set manufactured, sold, and distributed by Defendants, Plaintiff suffered damages.

## COUNT II –IMPLIED WARRANTY OF MERCHANTABILITY

38. Plaintiff re-alleges and incorporates rhetorical paragraphs 1 through 37 of this Complaint as if fully set forth herein.

39. At all times relevant hereto, the Feilun RC boat set was a good.

40. At all times relevant hereto, Defendants Amazon.com, Inc., SOWOFA ClUB, and Guangdong Feilun Technology Industrial Co., Ltd. were merchants of the Feilun RC boat set and profited from the sale of the Feilun RC boat set.

41. At all times relevant hereto, Defendants' sale of the Feilun RC boat set to the Beckley's carried with it the implied warranty of merchantability.

42. Defendants breached the implied warranty of merchantability when the Feilun RC boat set caught fire due to a defect existing when the Feilun RC boat set left the control and possession of the Defendants. Defendants are each liable to Plaintiff to the extent of Plaintiff's damages. The Feilun RC boat was sold in a defective condition which was unreasonably dangerous to the Beckleys.

43. Defendants were notified of the breach of warranty within a reasonable time after the subject fire and all conditions precedent have been satisfied by Plaintiff.

44. As a direct and proximate result of the Defendants' breach of the implied warranty of merchantability, Plaintiff suffered damages.

## COUNT III –NEGLIGENCE

45. Plaintiff re-alleges and incorporates rhetorical paragraphs 1 through 44 of this Complaint as if fully set forth herein.

46. At all times relevant, Defendants Amazon.com, Inc., SOWOFA ClUB, and Guangdong Feilun Technology Industrial Co., Ltd. marketed, promoted, advertised, distributed and sold the Feilun RC boat set and/or its components to the Beckleys.

47. Defendants knew the Feilun RC boat set would be purchased by consumers such as the Beckleys and used without inspection for latent defects.

48. The Feilun RC boat set failed to perform safely as an ordinary consumer would expect when utilizing the Feilun RC boat set in an intended and reasonably foreseeable manner.

49. As marketed, promoted, advertised, distributed and sold, the Feilun RC boat set did not incorporate adequate warnings to apprise the user of the dangerous design and/or manufacturing characteristics of the Feilun RC boat set which were known or should have been known to Defendants before the incident which gives rise to this litigation.

50. Defendants were negligent in the marketing, warning, promotion, advertising, distribution and sale of the Feilun RC boat set.

51. As a direct and proximate result of Defendants' negligent actions and omissions, Plaintiff suffered damages.

WHEREFORE, the Plaintiff, Indiana Farm Bureau Insurance as Subrogee of Kenneth Beckley and Peggy Beckley, prays for judgment in its favor and against the Defendants in an amount sufficient to compensate Plaintiff for the damages incurred as a result of the incident at issue, plus pre-judgment interest, costs of this action, and any other just and proper relief.

Respectfully submitted,

McNEELY STEPHENSON

 */s/ Cameron A. Morgan*
Cameron A. Morgan (#19492-49)
McNEELY STEPHENSON
2177 Intelliplex Drive, Suite 202
Shelbyville, IN 46176
Telephone: 317-825-5230
Fax: 317-825-5250
(Cameron.A.Morgan@msth.com)

    */s/ Michelle A. Cobourn-Baurley*
Michelle A. Cobourn-Baurley (#27063-49)
McNEELY STEPHENSON
2177 Intelliplex Drive, Suite 202
Shelbyville, IN 46176
Telephone: 317-825-5230
Fax: 317-825-5250
(Michelle.A.Cobourn-Baurley@msth.com)

*Counsel for Plaintiff, Indiana Farm Bureau Insurance as Subrogee of Kenneth Beckley and Peggy Beckley*

McNEELY STEPHENSON
2177 Intelliplex Drive, Suite 202
Shelbyville, IN 46176
Telephone:  317-825-5230
Facsimile:  317-825-5250