UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA FARM BUREAU INSURANCE as Subrogee of Kenneth Beckley and Peggy Beckley, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.  1:19-cv-1568-JRS-TAB |
| vs. | ) ) ) | |
| AMAZON.COM, INC., GUANGDONG FEILUN TECHNOLOGY INDUSTRIAL CO., LTD., SOWOFA US STORE F/K/A SOWOFA ClUB, | ) ) ) ) ) | |
| Defendants. | | |

Based upon this statement, the Court finds that subject matter jurisdiction as been properly established.

Tim A. Baker
U.S. Magistrate Judge
April 27, 2020

**SUPPLEMENTAL JURISDICTIONAL STATEMENT**

Comes now, Plaintiff Indiana Farm Bureau Insurance, as Subrogee of Kenneth Beckley

and Peggy Beckley, by counsel, and pursuant to the Court's instructions at the Case Management

Conference on April 15, 2020, for its Supplemental Jurisdictional Statement, states as follows:

1.  Plaintiff, Indiana Farm Bureau Insurance, is an Indiana "Domestic Insurance

    Corporation" duly authorized to issue insurance policies in the State of Indiana,

    domiciled in the State of Indiana, with its principal place of business in Indianapolis,

    Indiana, and state of incorporation in Indiana. Thus, Plaintiff Indiana Farm Bureau

    Insurance is a citizen of the State of Indiana.

2.  Kenneth Beckley and Peggy Beckley are individuals who, at all times relevant, resided in

    and were domiciled in Carmel, Indiana. Thus, Kenneth Beckley and Peggy Beckley are

    citizens of the State of Indiana.

1