UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA FARM BUREAU INSURANCE, ) <br>  ) <br> *Plaintiff*, ) <br>  ) <br> vs. ) <br>  ) <br> GUANGDONG FEILUN TECHNOLOGY ) <br> INDUSTRIAL CO., LTD., AND ) <br> SOWOFA US STORE F/K/A SOWOFA ) <br> C1UB, ) <br>  ) <br> *Defendants*. ) | No. 1:19-cv-1568-JMS-TAB |

**ORDER**

Presently pending before the Court is a Second Motion for Default Judgment filed by Plaintiff Indiana Farm Bureau Insurance, ("Farm Bureau") against Defendant Guangdong Feilun Technology Industrial Co., Ltd. ("Guangdong Feilun") [Filing No. 72.] In its motion, Farm Bureau asks this Court to enter default judgment in its favor and against Defendant Guangdong Feilun in the amount of $3,920,028.74, which includes: (1) real property damages in the amount of $2,733,121.22; (2) personal property damages in the amount of $861,907.52; and (3) damages associated with living expenses in the amount of $325,000.00. [Filing No. 72; Filing No. 72-1.][1]

The Clerk entered default against Guangdong Feilun pursuant to Federal Rule of Civil Procedure 55(a) on October 19, 2020. [Filing No. 49.] Because Guangdong Feilun has not answered or otherwise pled in response to the Complaint, the Court must accept the Complaint's

---

[1] Co-defendant, Amazon.Com Inc. filed a Response in Opposition to the presently pending motion, arguing that "[t]he Court should either deny the motion or defer ruling on it pending resolution of the claims against the non-defaulting Defendants." [Filing No. 73 at 1.] In light of this Court's recent ruling on Amazon's Motion for Summary Judgment, [Filing No. 110], the Court need not address Amazon's arguments as they are now moot.

allegations as true.  Given those allegations, as well as the Second Motion for Default Judgment, [Filing No. 72], and supporting Affidavit, [Filing No. 72-1], the Court finds a hearing is unnecessary and now **GRANTS** the pending Motion, [72].

The Court enters **DEFAULT JUDGMENT** pursuant to Federal Rule of Civil Procedure 55(b) in favor of Plaintiff and against Guangdong Feilun in the amount of $3,920,028.74, with post-judgment interest to accrue in conformance with 28 U.S.C. § 1961.  To the extent that Plaintiff seeks attorneys' fees and costs in connection with this action, it must file a fee petition by **October 8, 2021** with supporting documentation.  Once the issue of attorneys' fees and costs is resolved, or if no fee application is filed, final judgment will issue accordingly.

Date: 9/13/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**
Guangdong Feilun Technology Industrial Co., LTD.
ATTN: Highest Ranking Officer
Haisheng Road, Laimei Industrial Park
Chegnhai District, Shantou City
515800 Guangdong China