UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA FARM BUREAU INSURANCE, | ) |
| *Plaintiff*, | ) ) ) ) |
| vs. | ) ) No. 1:19-cv-1568-JMS-TAB |
| GUANGDONG FEILUN TECHNOLOGY INDUSTRIAL CO., LTD., AND SOWOFA US STORE F/K/A SOWOFA C1UB, | ) ) ) ) ) ) |
| *Defendants*. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered on September 13, 2021, [Filing No. 111], the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Guangdong Feilun in the amount of $3,920,028.74, with post-judgment interest to accrue in conformance with 28 U.S.C. § 1961.

Date: 10/15/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**
Guangdong Feilun Technology Industrial Co., LTD.
ATTN: Highest Ranking Officer
Haisheng Road, Laimei Industrial Park
Chegnhai District, Shantou City
515800 Guangdong China